I, Kamil Jelonek, have witnessed Milan Havlik try to mail

out a complaint 3 times on 4/17/22, it was in a Manila envelope. Milan

and I were in Module A, cells 2 and 5, the time was around 11pm. On

4/19/22, I overheard Milan and Randy Klein (Sargeant Manager) arguing. They
Randal cline

were talking about the Manila envelope, and legal mail. Later, on 4/23/22 Milan

sent the complaint off in two standard envelopes. Milan asked for my

help to mail out his complaint, after all the trouble the jail has caused

him, he doesn't feel they will even mail out his mail. Now, on 4/25/22

the 2 standard envelopes were handed back to Milan, around 2pm.
KJ

Then Milan was moved to a lower tier, cell #1. Milan showed me the

2 envelopes were handed back to him, they were his complaint. I have

also had issues with the Corrections Staff not following procedures or

laws, whether State or Federal. I swear to have been a witness

to all said above, Kamil Jelonek 4/25/22

Exibit 1

HUNGER
STriKe!!!
NoTify ...
Your
SGt.
DAY 1111/

Document 7

Incident Report



# OKANOGAN COUNTY JAIL
## INCIDENT REPORT

DATE: 02/10/2022

INCIDENT: MEDICAL

INMATE(S): IM # 119364 HAVLIK, MILAN

At approximately 0700 Sgt. Parsons, Rod J-5 spoke with me while I was downstairs at AM Med-Pass.

J5 asked me when I was completed with my tasks to gather my Med-Supplies & Get Vitals / BINAX Test for the Inmate down at Mass Holding that was in process of being booked.

Sgt Parson's stated his concerns came from watching him through the night and his statements continuing through this morning stating he was freezing and he looked sickly.

***It should be noted that he was asked several times through the evening if he'd taken any drugs prior to his arrest, and he stated no***

I entered the mass holding area accompanied by C/D Evans, Matt J-12, C/D Caswell Craig J-7 and Sgt. Parsons, Rod standing by to obtain IM # 119364 Havlik, Milan's vitals.

Havlik was hunched over on the bench wrapped tightly in his blanket with head facing his lap. He appeared cold and pale, but was cooperative with us while we took vitals and questioned him further.

His vitals were all stable, he was alert/oriented to his person and even joked about former President Trump.

I noted large abscess on his right forearm that was red, swollen and looks likely needing to be drained.

He had several other red, circular scabby areas on his right hand. His hands were filthy and looked unwashed for several days. I would encourage once fully booked that he's showered up to help prevent any possible infection.

Havlik once his Binax Test was completed, was stating that he could possibly be sick from Opiate's but would not tell us exactly what he was taking or when, just prior to his arrest. His behavior quickly started to change once he heard he may have court this morning, his answers about drug usage switched up back and forth since last night, so he may not be a reliable self-reporter.

**NEG BINAX TEST @ 0750**

Date: 02/10/2022

Place: Okanogan County Jail
Signature: MO Wood, Carine J-23
CCD Denney, Tammi J-1
Incident Log
Inmate file
Medical

CW Wood
J23
@ 0918
2/10/22

*Corrections Chief Dennen's*

## OKANOGAN COUNTY CORRECTIONS FACILITY
### INMATE REQUEST FORM
INSTRUCTIONS: COMPLETE ONE FORM PER EACH REQUEST. THIS FORM IS DESIGNED TO COVER <u>ALL</u> REQUESTS
FROM INMATES AS WELL AS APPEALS OF DECISIONS MADE REGARDING THEIR CUSTODY.

1. INMATE'S NAME __HAVLIK__, __MiLAN__, __119364__, __L__.
                         LAST        FIRST      IDENT #    LOCATION

2. DOB __02-14-1978__ CASE # _____ DATE __3/8/2022__ TIME __9pm__

3. EXPLAIN YOUR REQUEST /PROBLEM/APPEAL IN DETAIL: I was just
4. Checking to see if there is any thing Further
5. I can do, To Expediate your Request for further
6. Information to validate my Request for A
7. Kosher diet? I believe I supplied the Requested
8. facility Information. And am just wondering when I can
9. pretty please Get a Kosher diet? I

RECEIVED BY: NAME _____ DATE _____

10. ACTION TAKEN Sergeant Roberts has been attempting
11. to make contact - stating they are unavailable -
12. _____
13. Still trying to make DATE _____ OFFICER _____
14. contact 03/16/21 R~

1 with Some one (Kosher Orthodox) dietary Law does Not
2 Make you a Raciest. As he stated In Incident Report
3 dated 2/22/22. he As Researched Orthodox Jewish
4 dietary Law. And Regulates Religious Meals As he
5 IN his Official capusity Died me my civil
6 Rights to have A Koshru meal.

7 IT Is clear ne Is further violating my
8 Civil Rights ot false Imprisonment As I AM
9 bety held with out charge In Segergation violating.
10 My Due Process.

11 Here is other places to put me in pod/module
12 workers dorm / Bpod. which Are Like Security
13 Level. Also you can Even up My Security
14 classification But To Leave me Indefinely At the
15 highest Security Classification / "Quote" until I start
16 Telling the truth" Is discrepation / discrimination
17 Violates my civil Rights And Just plan Wrong.
18 I Request Body camera's be Pulled ot me AND
19 Randy clines conversation. And Reviewed For Misconduct
20 * You Are Acting Illegally
21 And violating my civil Rights.
22 BE Notified

Document 10

| ID | | | Printed Name: | | |
| --- | --- | --- | --- | --- | --- |
| Location: | | | Signature: | | Revised 10/24/2021 |
| Date. | | | *I authorize the deduction of funds to pay for the items selected | | |

### CLOTHING

| | | |
| --- | --- | --- |
| 1 | 1430 | WASHCLOTH WHITE | 0.75 |
| 2 | 1505 | MED T-SHIRT | 2.46 |
| 3 | 1506 | LGE T-SHIRT | 2.46 |
| 4 | 1507 | XLG T-SHIRT | 2.46 |
| 5 | 1508 | XXLG T-SHIRT | 2.46 |
| 6 | 1509 | 3X LARGE T-SHIRT | 3.73 |
| 7 | 1529 | MED BOXER SHORTS WHITE | 2.09 |
| 8 | 1530 | MED BOXER SHORTS WHI | 2.09 |
| 9 | 1531 | LG BOXER SHORTS WITH | 2.09 |
| 10 | 1532 | XLG BOXER SHORTS WHI | 2.09 |
| 11 | 1533 | XXLG BOXER SHORTS WH | 3.73 |
| 12 | 1540 | TUBE SOCK (ONE SIZE FI | 0.82 |

### PERSONAL HYGIENE

| 13 | | | |
| --- | --- | --- | --- |
| 14 | | HS. SHAMPOO | 1.64 |
| 15 | | HS. CONDITIONER | 1.64 |
| 16 | | ID-2 DANDRUFF SHAMPOO | 2.69 |
| 17 | | HAIRDRESS & PRESS OIL | 3.58 |
| 18 | 107 | ALOE VERA ACTIVATOR C | 3.58 |
| 19 | 118 | 24 2-DRIVE DEODORANT | 3.13 |
| 20 | 212 | FORCE XP LIQUID ROLL-ON | 2.99 |
| 21 | 214 | COCONUT OIL HAIR ALOE LOT | 4.03 |
| 22 | 261 | COCOA & SHEA COND LO | 4.03 |
| 23 | 331 | HYDRATING COND ALMD | 3.66 |
| 24 | 355 | PROTECTION SHAVE CRE | 3.81 |
| 25 | 357 | SHAMPOO W/ALOE-GINSE | 3.96 |
| 26 | 424 | DAILY SHAMPOO W/CLP | 3.96 |
| 27 | 425 | MOISTURIZING SOAP 5 OZ | 2.09 |
| 28 | 447 | SPORT BAR SOAP | 2.09 |
| 29 | 459 | COOL WAVE FLUORIDE TI | 2.76 |
| 30 | 560 | SOAP DISH | 1.12 |
| 31 | 562 | SALT MOUTHWASH ORAL | 2.54 |
| 32 | 580 | TOOTHBRUSH 4 INCH HAN | 0.30 |
| 33 | 571 | TOOTHBRUSH HOLDER | 0.67 |
| 34 | 560 | GENTOL DROPS-(THRY 30 | 2.09 |
| 35 | 716 | FINE TOOTH COMB | 0.15 |
| 36 | 825 | SMALL AFRO PIK | 0.67 |
| 37 | 825 | PONYTAIL HOLDER | 0.22 |

### MISC

| | | |
| --- | --- | --- |
| 38 | 1001 | LARGE STAMPED ENVELO | 1.12 |
| 39 | 1015 | MAY SELF AT ENVELOPE | 0.37 |
| 40 | 1260 | 8 X 5 LETTER SIZE PAD WITH | 2.09 |
| 41 | 1270 | SKETCH PAD 8 X 5 11 WHI | 2.09 |
| 42 | | FOLLETT DICTIONARY II | 4.85 |
| 43 | 1032 | SPANISH ENGLISH DICTIO | 3.36 |
| 44 | 1103 | BIG THDAY CARD | 1.79 |
| 45 | 1121 | SEASONAL GREETING CAI | 1.79 |
| 46 | 1296 | XXL COLOR PLAYING CARDS | 3.73 |
| 47 | 1305 | COLOR BIT CARDS | 3.73 |

### CANDY

| | | |
| --- | --- | --- |
| 48 | 4000 | SOUR PLAIN | 2.36 |
| 49 | 4007 | M&M PEANUT | 2.36 |
| 50 | 4010 | SNICKERS BAR | 2.36 |
| 51 | 4013 | MILKY WAY CANDY BAR | 2.36 |
| 52 | 4019 | CHICK-O-STICK | 0.75 |
| 53 | 4035 | REESES P-BUTTER CUP | 2.39 |
| 54 | 4036 | HERSHEYS CHOCOLATE B | 2.39 |
| 55 | 4056 | PEANUT BUTTER SQUEEZ | 2.39 |
| 56 | 4065 | BIG HUNK | 2.39 |
| 57 | 4110 | LEMON DROPS | 2.09 |
| 58 | 4115 | RED LICORICE BITES | 2.09 |
| 59 | 4120 | ROOT BEER BARRELS | 2.09 |
| 60 | 4135 | JOLLY RANCHERS ASST. 3 | 2.31 |
| 61 | 4145 | STARLITE MINTS 3.75OZ | 1.72 |
| 62 | 4146 | ATOMIC FIRE BALLS | 2.09 |
| 63 | 4150 | SOUR FRUIT BALLS 4.25OZ | 2.09 |
| 64 | 4314 | 2/PK BLUEBERRY POP TAI | 2.09 |
| 65 | 4387 | ROCKY ROAD BAR | 2.39 |

### BEVERAGES

| | | |
| --- | --- | --- |
| | 2500 | SS KEEFE COFFEE | 0.82 |
| | 2601 | KEEFE COFFEE INSTANT | 9.70 |

| | | |
| --- | --- | --- |
| 2011 | KF DECAF/CLR PK W/ZIP | 8.06 |
| 2017 | MAXWELL HOUSE 4 OZ CL | 12.76 |
| 2026 | 10PK TEA BAGS | 3.43 |
| 2070 | S.S. HOT COCOA | 0.90 |
| 2078 | SUGAR 10/PACK | 0.90 |
| 2082 | S.S. CREAMER | 0.15 |
| 2110 | N/S S S FRUIT PNCH | 0.15 |

### CHIPS / SNACKS

| | | |
| --- | --- | --- |
| 2438 | (EA) MAPLE & BROWN SU | 0.90 |
| 2596 | CREAM CHEESE W/JALAP | 2.84 |
| 2615 | BC REG SUMMER SAUSAG | 2.31 |
| 2622 | BC HOT & SPICY 3-OZ SUM | 3.43 |
| 2623 | BC REGULAR SUMMER SA | 3.43 |
| 2664 | MACARONI & CHEESE 3 O | 2.39 |
| 2667 | SPICY CHEESY RICE 2 OZ | 2.09 |
| 2669 | SPICY CHEESY REFRIED BE | 3.21 |
| 2737 | CHILI CHEESE FRITOS 2OZ | 2.01 |
| 2757 | SWT&SLTY ALMOND GRAN | 1.64 |
| 2758 | GRANOLA BAR - CRUNCH | 1.27 |
| 3015 | SOFT OATMEAL RAISIN CO | 1.27 |
| 3020 | OREO COOKIES | 2.54 |
| 3030 | ZC VNILLA CRM COOKIES | 2.54 |
| 3031 | ZC ORNG-PNAPPLE CRMS | 2.54 |
| 3035 | ZC CHOC CHIP COOKIES 6 | 2.54 |
| 3040 | ZC ICED OATML COOKIES | 2.54 |
| 3045 | ZC DUPLEX CREMES 6OZ | 2.54 |
| 3110 | CLUB CRACKERS | 3.36 |
| 3115 | CHEEZ ITS CRACKERS 1.5C | 1.27 |
| 3193 | 2/PK FRSTD STRWBRY POI | 2.09 |
| 3205 | CHOCOLATE MARSHMALI | 2.09 |
| 3219 | CHEESE ON CHEESE SAND | 0.90 |
| 3222 | TOASTED PB SANDWICH C | 0.90 |
| 3223 | (EA) PB ON CHZ CRACKER | 0.90 |
| 3230 | (EA) ZC PB WAFERS | 1.27 |
| 3231 | (EA) OATMEAL & CREME! | 0.90 |
| 3236 | (EA) ZC SWISS ROLLS | 1.27 |
| 3245 | (EA)/ZC D-DUNX | 1.27 |
| 3274 | ZC MONSTER ICED BUNEI | 2.54 |
| 3309 | RICE KRISPIE TREATS 1.3C | 1.64 |
| 3581 | BC SUMMER SAUSAGE HO | 2.24 |
| 6013 | CAJUN CHICKEN RAMEN* | 1.57 |
| 6018 | TEXAS BEEF RAMEN SOUI | 1.57 |
| 6026 | CHILI RAMEN* | 1.57 |
| 6046 | CHICKEN RAMEN* | 1.57 |
| 6048 | BEEF RAMEN* | 1.57 |
| 6052 | HOT & SPICY VEG RAMEN | 1.57 |
| 6053 | CAJUN SHRIMP RAMEN | 1.43 |
| 6100 | POTATO CHIPS | 1.79 |
| 6102 | 1.5OZ STUFD JALP CHIPS | 1.79 |
| 6103 | HABANERO TORTILLA CH | 1.79 |
| 6105 | BBQ POTATO CHIPS | 1.79 |
| 6106 | PRETZELS | 1.94 |
| 6116 | CHEESE PUFFS | 1.79 |
| 6125 | HOT CHIPS 1.5 OZ | 1.79 |
| 6127 | HOT SPICY PORK RINDS | 2.84 |
| 6153 | CHIPS-BUFFALO WING BLU | 1.79 |
| 6159 | CHEETOS FLMN HOT 1.75- | 2.01 |
| 6167 | CHEETOS 2-OZ. | 2.01 |
| 6208 | STUDENT SNACK MIX | 2.16 |
| 6212 | CAJUN SNACK MIX | 2.16 |
| 6213 | HEALTHY SNACK MIX | 2.16 |
| 6216 | HONEY ROASTED PEANUT | 1.64 |
| 6220 | CORNNUTS CHILI PICANTI | 1.79 |
| 6400 | (EA)CHWY CHOC CHIP GR | 1.27 |
| 6412 | GRAPE JELLY 1 OZ | 0.52 |
| 6428 | CA SHARP CHDR CHS SQU | 2.31 |
| 6500 | PICKLE (HOT) | 2.54 |
| 6501 | PICKLE (MILD) | 2.54 |
| 6518 | PEPPER - SINGLE PACKET | 0.15 |
| 6519 | SALT- SINGLE PACKET | 0.15 |
| 6540 | ZC STRAWBERRY CEREAL | 1.04 |

| | | |
| --- | --- | --- |
| 6600 | FLOUR TORTILLAS | |
| 6606 | SALTED PEANUTS 1.75 OZ | |
| 6610 | GV PLAIN BAGEL | |
| 6700 | SV REFRIED BEANS | |

ALL SALES FINAL
CHECK ORDER AT DELIVERY
TAXES ADDED AS NECESSARY

Document 6

1. OKANOGAN COUNTY JAIL

INCIDENT REPORT

2. DATE: 2/22/22

3. INCIDENT: KOSHER MEALS

4. INMATE: HAVLIK, MILAN #11936

5.
6.
7.
8. On February 22, 2022 at approximately 0700 HRS I spoke to inmate Havlik, Milan about a grievance he filed. Havlik states in his grievance he requested a Kosher diet and we have not accommodated him. I asked Havlik what his religion is and he stated he was Jewish Orthodox. I then researched some very basic questions and went back to his cell and asked him these questions. The questions and answers are as follow.

9. What religion are you?
10.    Jewish Orthodox

11. Please explain your beliefs as a Jewish Orthodox?  Yehuweh
12.    Halik could not explain any part of his beliefs. He simply stated he didn't understand the question multiple times.

13. When did you first convert to a Kosher Diet>  Last Kosher diet because Im Jewish orthodox
14.    2015 in Milton Corrections, Florida    that's orthodox Kosher ( Talking about Kosher As
15. Do you only eat Kosher food?    A Alternative
16.    Yes, no pork, nothing with blood in it. No cleft hoof animals.  Example's

17. Where do you buy your food at.
18.    Genes in Omak.

19. What food do you buy? Specifically mostly fish
20.    They have a kosher section. Salted Crackers mostly. (maTza) we where Talking of passover march 11th

20. What is the Torah?
21.    The bible.  the First 5 books (or the Law)

22. What is the day of the Sabbath?  sabannath Is A day of Rest
13 day of Atonment   23. The day of atonement.  (Example) The day of atonement is ordered a day of Rest
24. Do you attend any church?
25.    No, I'm homeless.  synagoge I-aint A church

26. When was the last time you practiced your religion.  Jewish dietary Law is Life Long A commitment
27.    At Milton Corrections in Florida.2015

28. It is my opinion inmate Havlik may have been on a Kosher diet in the facility in Florida. However, by his own statement he
29. has not practice his religion since 2015. Havlik did not request a special diet when asked that question at intake. Havlik
30. could not answer basic questions about his religion such as "What is the day of the Sabbath" or even explain basic beliefs of
31. someone who is Jewish Orthodox. It my opinion Havlik should be denied his request to be on a kosher diet.

32. Sgt. Randal J. Cline

33. CC:
34. CCD DENNEY J1
35. INCIDENT LOG
36. INMATE FILE
37. MEDICAL FILE

Copy Pammi DØNNEY / SGt. Randal J. Cline    Doumen A1

n. chief correct ras officer

## OKANOGAN COUNTY CORRECTIONS FACILITY
### INMATE REQUEST FORM

Copy / Tommy Denny Randal cline    m and written copy 1 of 3    6"

3. INSTRUCTIONS: COMPLETE ONE FORM PER EACH REQUEST. THIS FORM IS DESIGNED TO COVER ALL REQUESTS
4. FROM INMATES AS WELL AS APPEALS OF DECISIONS MADE REGARDING THEIR CUSTODY.

5. INMATE'S NAME __HAVLIK__ , __MiLAN__ . __119364__ . __A up2__
LAST           FIRST        IDENT #       LOCATION

DOB _02-14-78_ CASE # _____ DATE _4/19/2022_ TIME ___7pm___

EXPLAIN YOUR REQUEST /PROBLEM/APPEAL IN DETAIL:

Please confirm you stamped & mailed the Manila Envelop I gave you on the morning of 4/19/2022. To the Federal district court. or where IT IS? And how Do I get IT To Be mailed out? As you IS sell manila Envelops but Don't sell stamps. this Legal mail IS Federal litigation And very Time Sensative. As you Are Aware Giving Access or denying Access IS A hefty constitutional violation. be advised.

RECEIVED BY: NAME _____ DATE _____

ACTION TAKEN _____

_____DATE_____ OFFICER_____

## OKANOGAN COUNTY JAIL
## IN-HOUSE GRIEVANCE FORM

**NAME:** MilAN HAVLiK   **ID#:** 118364

**CELL BLOCK:** A-up2   **TODAYS DATE:** 4/19/2022

**This form shall be used only for grievances, complaints or problems you are experiencing. Your grievance must be detailed and complete.**

Grievance: I ~~Dig~~ Disagree SGt. Rendal J. cline Entered my cell 4 Times (on body camera which Advised me was Recording) on 4/19/2022. On camera IT Shows me Giving Legal Emelop Minila Legal Envelop to SGt. where (we) Argued. And he Told me the Envelop wouldn't Go throw the (stampire machine. .durly Another he brought back this Attached (Print out saying Eblad mmney Ad Read to me what Ed ment ment (Note his hand writing on the paper). this IS proof that he has A Manila Legal Envelop Addressed to The Federal district court (please Review body camera) So I want to know If he stamped & mailed this Legal paper work! or where IS IT? please confirm! I Am very concerned Due to the fact that said paper work IS Federal litagation. and Time synsedive. Et should be Noted that (I Advised him on camera that he was named as the primary defendant·

I'Where IS MY LeGal MAiL?'

**Inmate's Signature**

(If you need more space, use back of form)

**Received by / Date** 04/19/22

**Action taken to resolve:**

the envelope you gave me was placed in the out going mail receptacle at booking. It was put in the mail Box the next day. Grievance confirmed

Sgt Rand Cline sr.
4-22-22

Grievance may be appealed to the Chief Corrections Deputy, if original response was from Chief Corrections Deputy then grievance can be appealed to Okanogan County Sheriff.

Tammi Denney Document

Exhibit A3

OKANOGAN COUNTY CORRECTIONS FACILITY
INMATE REQUEST FORM

INSTRUCTIONS. COMPLETE ONE FORM PER EACH REQUEST. THIS FORM IS DESIGNED TO COVER ALL REQUESTS
FROM INMATES AS WELL AS APPEALS OF DECISIONS MADE REGARDING THEIR CUSTODY.

INMATE'S NAME ___HAVLIK___ ___MILAN___ __119364__ __A__
LAST            FIRST        IDENT #   LOCATION

DOB 02-14-78 CASE # _____ DATE 4/20/2022 TIME 12 AM

EXPLAIN YOUR REQUEST /PROBLEM/APPEAL IN DETAIL:

I NOW Get my Legal papers back( A Younger black haired
officer/around 30ish full head of hair around 10ish on 4/20/2022
he Gave my maNila Envelop backed when I Asked If I Twas Stumped
and going out to night he said I had to Stamp IT, And He(wa)
7 Refdrenced IT. To/ be stamped. I said they don't sell stimps on
8 commissary to put on a milla Envelop. He Gasunteed they did.
9 This IS LEGAl. Can you please MAil this for me?

RECEIVED BY: NAME _____ DATE _____

10 WHEN TAKEN You can order stamped envelopes from Commissary.
11 You can also have stamps sent in by a vendir such as Walmart
12 or other venders that sell stamps. Sgt. Cline has already
13 addressed this issue with you. DATE _____ OFFICER _____
14.                                          J.I  4/20/22

hand written
copy
4/23/2022

OKANOGAN COUNTY CORRECTIONS FACILITY
**MEDICAL REQUEST**

1. INMATE'S NAME: _Milan Havlik_  ID#: _11936y_ DATE: _4/23/2022_

2. DATE OF BIRTH: _02-14-78_  BOOKING DATE: _2-9-2022_ RELEASE DATE: _____ MODULE: _AH_

3. AGENCY BOOKED FOR: _omak_ KNOWN ALLERGIES: _Kiwi  Kosler_

6. INMATE: PLEASE GIVE A DETAILED DESCRIPTION OF YOUR MEDICAL ISSUE HERE:

7. _____ I have 1 or 2 Broken molars the

8. _____ Broken tooth As well as the partual needs to

9. _____ be Removed. IM Also Requesting pain medication

10. _____ This happened 2 weeks ago

_____

***************DO NOT WRITE BELOW THIS LINE USE BACK OF FORM IF MORE SPACE IS NEEDED***************

JAIL STAFF: RECEIVED BY: _____ J#: _____ DATE: _____

MEDICAL OFFICER / JAIL STAFF COMMENTS:

_____
_____
_____
_____
_____
_____
_____

NAME: _____ J#: _____ DATE: _____

MEDICAL PROVIDER COMMENTS:

_____
_____
_____
_____
_____

MEDICAL PROVIDER: SIGNATURE: _____ DATE: _____

*** FAILURE TO COMPLETELY AND ACCURATELY FILL THIS REQUEST OUT MAY DELAY OR PREVENT APPROPRIATE
CARE FROM BEING PROVIDED***

## INSTALACIÓN DE CORRECCIONES DEL CONDADO DE OKANOGAN
## PETICIÓN MÉDICA

**NOMBRE DEL INMATE:** _____  **IDENTIDAD#:** _____  **FECHA:** _____
*NAME*                                              *ID#*                  *DATE*

**FECHA DE NACIMIENTO:** _____  **FECHA PARA REGISTRARSE:** _____  **FECHA DE LANZAMIENTO:** _____  **MÓDULO:** ___
*DATE OF BIRTH*                     *BOOKING DATE*                     *RELEASE DATE*                    *MODULE*

**AGENCIA RESERVADA:** _____  **ALERGIAS CONOCIDAS:** _____
*BOOKING AGENCY*                     *KNOWN ALLERGIES*

**INMATE: POR FAVOR DÉ UNA DESCRIPCIÓN DETALLADA DE SU PROBLEMA MÉDICO AQUÍ:**
*MEDICAL COMPLAINT*

_____
_____
_____
_____
_____
_____
_____
_____
_____

***NO ESCRIBA A CONTINUACIÓN ESTA LÍNEA UTILICE ATRÁS DEL FORMULARIO SI SE NECESITA MÁS ESPACIO***
*DO NOT WRITE BELOW THIS LINE*

**JAIL STAFF: RECEIVED BY:** _____  **J#:** _____  **DATE:** _____

**MEDICAL OFFICER / JAIL STAFF COMMENTS:**

_____
_____
_____
_____
_____
_____
_____
_____

**NAME:** _____  **J#:** _____  **DATE:** _____

**MEDICAL PROVIDER COMMENTS:**

_____
_____
_____
_____
_____

**MEDICAL PROVIDER: SIGNATURE:** _____  **DATE:** _____

*** LA FALTA DE COMPLETAR Y COMPLETAR DE FORMA EXACTA ESTA SOLICITUD PUEDE RETRASAR O EVITAR QUE
SE PROPORCIONE UNA ATENCIÓN APROPIADA***

*Okanogan County Jail Medical Request Form; Last Updated 7/28/18*