Declaration of Bobby Shannon

Exhibit B

1. I Bobby Shannon have known Milan
2. Havlik for about a year or so give
3. or take. Over that time that I have
4. known him I have lived with him
5. for a while and I have a good understanding
6. of his religion and the way that he practices
7. it. I have shopped for him many times
8. and I have eaten at his camper multiple
9. times. I am such a close friend that
10. I am taking care of his dog while
11. he is in Jail. I also know that he
12. is very religious as a orthodox Jew.
13. He prays 2 times a day. I have
14. never seen him eat anything other
15. then Kosher food. I also noticed that
16. he has lost a considerable amount
17. of wieght since he has been in Jail.
18. So take in consideration please as his
19. friend.
20. 04-29-22

21. [signature]
22. I declare under purgery that
23. the statements are true and correct.

Milan Havlik    4/29/2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 04, 2022
SEAN F. McAVOY, CLERK

4/29/2024

Dear Clerk of Court,

Due to my troubles Getting mail out of the county Jail that I Am A detainee At. I did Not Realize That A declaration of Reeligious Intergrity by A quantance was Not Encluded.

Please Add this declaration As soon As possible to complaint.

this declaration Is Most Important And the judge NEEds to see It Right Away As It proves who I Am.

I have not Recieved A civil Action number yet. but Its

        MilAN Richard HAvlik jr. 119364
            VS
        Roberts bill
        Denney Tammi
        cline Randal

MilAN HAvlik jr #119364
I Am A Pre trial Detainee At
  okanogan County Jail
  149 N. 4th st
  okanogan, WA
    98840

4/29/2024