Case 2:22-cv-00096-TOR   ECF No. 10   filed 05/13/22   PageID.56   Page 1 of 4

2:22-CV-00096-TOR Havlik v. Roberts et al
1054
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 13, 2022
SEAN F. McAVOY, CLERK

# DECLARATION

1. I MILAN HAVLIK was Arrested and charged Feb 9, 2022. I swear I have
2. No recollection of the 9, 10, 11. Where I was held in a strip cell or crisis cell without
3. property or access to pens or paper or anything.
4.     On approximaitly the 11th of Feb I was Given a pen & paper where I Immediately
5. requested A Kosher diet.
6.     Inmate Request "Kit" protocal of 2 to 3 days. for each request for Kosher diet on
7. approximaitly Feb 19, 2022 I Grieved the Issue. Document one shows completion of Grievance
8. proceedure And Appeal. As Roberts bill SGt. Says he will Not take any more Kits
9. Regarding this matters. (priorly Appeal went through Tammi Denney chief of corrections
10. director) Roberts At that segment Aproving Kosher meals but never Recieving
11.     April first 2022 bill Roberts SGt. I waited for diet to be changed from kitchen
12.     Never happened. Every day I wrote Aproving SGt. Bill Roberts. As passover
13. Is quickly Aprouching I start to panic.
14.     April first 2022 SGt. Bill Roberts of the Okanogan county Jail Enters my cell
15.     cell. In his Official capacity He advices me that his interview with me Is
16. being recorded. And that he was there to address my aligations of civil Rights
17. violations. (It should be Noted I Notified bill, Tammi, & Randal that there violation my civil Rights and
18. such acts Are illegal. Notice was Logged Into my central File Folder) He said. He said
19. he would not Address my confinment statues. (As IT was Addressed by Randal cline prior
20. As I try to address this issue anyways. He Advised me he would stop the Interview.
21.     I redirected my Questions I continuely expressed the Importance of passover
22. and my Dietary needs AS I practise Judaism;
23.     ✳ I Now again Request from the court Appointment of counsel As this
24. Video Recording "body cam" Is impairative to show diliberate Indifference As
25. he states Quote "I Am very Familiar with orthodox Jewish Dietary needs"
26.     meaning Judaism. And proving that Bill Roberts SGt. Know there Is A
27.     Difference between the Alternate and no pork or vegetarian offered by okanogan county
28. Jail Orthodox Kosher meals Required by the practise of Judaism

2:22-cv-00096-TOR
Havlik v. Roberts Et Al 2 of 4

# Memorandum of Law

29. Ashelmum v. Wawrzaszek 111 F. 3d 674 9th cir 1997 & Beecherd v.
30. Suthers 286 F. 3d. 1179 10th cir 2002 And Makin v. Colorado Dept. of corrections
31. 183 F. 3d 1205 (10 cir 1999) Requires or Ruled In favor and Required prisons/Institutions
32. to Accommidate detainee/prisoners Religious diets.
33. ※ where As Ashelmum v. Wawrzaszek 111 F. 3d 674 9th cir 1997 having
34. presendence In the 9th cir Allows prisons to Accommidate Religious diets In a way
35. that Is Less/Lest costly or difficult for the Institution.
36. ※ Where As Also William v. Morton 343 F 3d. 2012 (3rd dis) Also Ruled In favor
37. for the Institution As No pork and Vegaterian was a viable option for the
38. Plantiff.
39. This clearly Is Not the case here As Bill Roberts SGt. under Record-
40. ed Interview (I wish to obtain during Discovery) on April 1 2022 states Quote
41. "There Is a Substancle differance between the Vegaterian and No pork option
42. offered At this Institution And A Orthodox Kosher diet"
43. Thus the Arguement that Not Enough money or undue burden As Bill
44. Roberts states In Document 1 Line 13 can not be used As A defense And
45. Havlik must be Accommidated and Given A Kosher Orthodox diet As All
46. others have a substancle differance In dietary preperation & nutrietal
47. values As Bill Roberts indicated Above And Document 1 Line 13 and
48. Video Recording on April 1 2022
49. On march 14, 2022 on the start of Passover I Notified bill, Tammi, staff that
50. I was on hunger strike As first 7 days of passover you cant have Yeast Any where In the
51. Preperation or on or near the food. (It should be Noted that Bill Roberts SGt. A Proving officer
    for Kosher diets Is self Admittedly "Quote well versed or had A Good understanding
    of Judaism and Orthodox Jewish dietary needs".
    During 7 days of hunger strike I broke 2 teeth from Nashing my Teeth
    In Extreme hunger (I take 500 mg neproxin 2 daily for pain Every

56  day now. pain In constant Every Single day Now. on constant
57  Pain medication for broken teeth.
58      Roberts Bill refusing A kites or Grievances concerning my dietary
59  needs or related to Judaism In Document 1 Line 22 and 23 he states
60  Quote "He will no longer Take complaints Involving my dietary needs"
61      This constitutes personal envolvement As he was deliberately Indifferent
62  To my medical needs Arosing from Hunger strike for 7 days knowing and
63  being well versed In Judiasm New and continue to not Give me A nutritual
64  meal or Guton free meal or orthodox Jewish Kosher meal I Am In
65  constant pain As He continues to Not Answer As priviously stated he wouldn
66  T. answer Anything concerning my Kosher dietary Needs. or broken teeth
67  malnutrection, muscle Joint pain continued denial of Kosher meals. I feel sick
68  when I have to Eat something so I don't die off these trays. I even buy commiss
69  ery to Trade people for there fruit P-nut butter, vegtables. As theres Nothing
70  Kosher thats In stock on commissary. Its Just Not Enough I can't Live
71  Like this Im starving. Literally.
72      I beg this court to please Give me/make Tammi, Roberts Give me
73  A Kosher meal. If I have to I'll pay for It. please. No I won't
74  they buy pizza for everyone on Saterdays. They can afford A Kosher
75  meal for me please.
76      I Ask for 35000 because of pain & Suffering of broken teeth
77  And starvation continued As they will not Address the damages
78  they have caused Like Leting me see A dintist And they don't Just
79  Give 500 mg of Neproxin A heavy pain managment pill 2 A day for
80  Nothing. my mouth hurts. And Im hungry. If Give me food I
81  will be content but please don't Take the Teeth out of the constitution
82  I have A Right to be A Jew Im American and with out money
83  damages being Awarded you'll be taking the teeth out of the constitution

84 I MILAN Richard Havlik, junior swear that
85 this 4 page Declaration of events happened
86 to the best of my Knowledge At Okanogan County
87 Jail between Feb 9th and continuing In the year
88 of 2022 and Bill Roberts SGt, Tammi Denney
89 and Randal cline. All Individually and In there
90 official capacity haveing violated my civil right and
91 Federal Laws & Statues by the God of my Fathers
92 Abraham, Isaac and Jacob I swear Is the truth.

93 may 11, 2022
94 [signature]
95 MILAN Richard HAVLIK junior.

96 Case # 2:22-cv-00096-TOR
97 HAVLIK v. Roberts ET AL
98