# Declaration
2:22-cv-00096-TOR
Havlik v. Roberts et al

Declaration

10 MAY 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 13, 2022
SEAN F. McAVOY, CLERK

Good Morning,

My name is Sean Patrick McElligott, former WIOA Counselor for Worksource Okanogan County. While incarcerated from 1 May - 10 May I have witnessed Corrections Sgt Bill Roberts not only violate my Constitutionally protected 1st Amendment Rights but that of fellow inmate Milan Havlik's as well by not adhering to his rights to a kosher meal, as he is a practicing member of the Jewish faith.

Sgt Bill Roberts also violated variations of the Geneva Convention. He has singlehandedly turned this institution in to a modern day Auschwitz. Fire him and put him behind bars. please and thank you.

Respectfully

Sean McElligott
(509-449-0609)
(509-370-6420)

I swear under God, that this is a 100% true statement.

10 MAY 2022.