FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2022

SEAN F. McAVOY, CLERK

Rev. 12/2018

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

MilAN Richard HAvlik Junior #119364
_Plaintiff's full name and prisoner number_

Plaintiff,

v.

Bill Roberts

Randal cline

Tammi Denney

_Defendant's/defendants' full name(s)_

Defendant(s).

Case No. 2:22-CV-0096-TOR
(leave blank – for court staff only)

**FIRST AMENDED
PRISONER CIVIL RIGHTS
COMPLAINT**

Jury Demand?
☒ Yes
☐ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1. Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2. Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

3.  Please review your complaint carefully before filing. If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee. Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.  Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

    Do not include:
    - a full social security number
    - a full birth date
    - the full name of a minor
    - a complete financial account number

    Instead, use:
    → the last four digits
    → the birth year
    → the minor's initials
    → the last four digits

5.  At this stage of the proceeding, you need not submit exhibits, affidavits, grievances, witness statements, or any other materials with this complaint to the Clerk's Office. Any documents you submit *must relate directly to the claims you raise in this lawsuit.* They will become part of the court record and *will not be returned to you.*

I.  **PLAINTIFF INFORMATION**

HAvliK  MilAN  Richard  Junior
Name (Last, First, MI)                                Aliases/Former Names

119364
Prisoner ID #

okanoGan County Jail
Place of Detention

149 4th AVE North
Institutional Address

okanogan                WA            98840
County, City            State         Zip Code

*Indicate your status:*

☒ Pretrial detainee                    ☐ Convicted and sentenced state prisoner
☐ Civilly committed detainee           ☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

Page 2 of 9

## II. DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: Roberts Bill
Name (Last, First)

Sgt. of okanogan county Jail
Current Job Title

149 4th AVE North
Current Work Address

Okanogan          WA          98840
County, City      State       Zip Code

Defendant 2: Cline Randal
Name (Last, First)

Sgt. of okanogan County Jail
Current Job Title

149 4th AVE North
Current Work Address

Okanogan          WA          98840
County, City      State       Zip Code

Defendant 3: Denney, Tammi
Name (Last, First)

Chief of corrections okanogan County Jail
Current Job Title

149 4th AVE North
Current Work Address

okanogan          WA.         98840
County, City      State       Zip Code

## III.  STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count. For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs. For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc. The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you must specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s). If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 First Amendment Free Exercise clause, by SGT. Randal cline SGT. Bill Roberts, Tammi Denney chief of corrections #1

*State the facts of your first claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

1.2 In 2022 Feb 9 MILAN HAVLIK Junior a detainee at okanogan county Jail who is a orthodox Jew and Fallows Judaism, In the month of march wanted to observe the Jewish holiday/Festival of Passover, unleavened bread and First Fruits. central Requirements is Kosher meals and no Yeast In or Around foods or preperation area

1.3 which Havlik was Not Provided. Further Havlik has Not been able to Practise

Page 4 of 9

Judaism Successfully As Kosher Dietary law 'Tenants' is a central part of faith

A Kosher diet is not being given to him. Although In recent history similar faiths have been given a Kosher diet. which Is Supported In document 2 Line 1 & 2 by Appeal corridinator Tammi denney when she said we have No problem accommodating those Requesting a proven dietary Restriction. on Grievence Appeal which she remmended to SGt. Bill Roberts which Aproved A Kosher diet on 3-17-22. SGt. Randal cline Also comfirms this finding In document 1 Line 13-16 on 6-5-22. As he Gives me doucment

1.4 I again try to Resolve Kosher dietary criteria. SGt. Randal cline Assures me he as well as involved staff Are well versed In Kosher dietary requirements & proceedures As Religious Kosher meals have been provided to detainees with proven dietary Restrictions "Kosher" As Tahmi Denney stated In Document 2 Line 1 &d (meaning Kosher) Further discussion

1.5 on how to Resolve this and maintain Tenants of A Kosher diet. Expressing Kosher laws do not deal simply with whether a food ITem does or does not contain Pork or other NoN Kosher animal by products. Kosher laws Govern not only the Ingredients (both animal & vegetable) but the Source storage and preperation of those Ingredients and the service of the meals. AS A Vegetarian or Least Restrictive No pork diet prepared In

1.6 a non Kosher Kitchen Is Not Kosher. See Ashelman v. Wawrzaszek III F.3d 674, 675 & 2 1ⁿᵈ cir 1997 Also Gerald F. masoudi Kosher Food Regulations & Religious clauses of the First Ammendment 60 U. chi. L. REV 667, 668, 1993

---

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

1.7 Dental trama, Grindiy of teeth caused 2 to break. Now Take heavy Patn medicatin 500 mg neproxtn caused by hunger. malnutricion As I Am unable to Get A balanced nutritional Diet for over 4 months Now weight Loss, Emottonal stress, hair Loss, mental Breakdown from Seperation of God.

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 First Amendment Establishment claus & 14th Amendment Protection of Religion violated by Rendal cline, Bill Roberts, Tammi Denney chief of corr.

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 Kosher meals Are provided to Some and Not others with proven dietary needs, but Not to other denominations or Kosher Related Religions or Sections of Judiasm As Tammi Denney, Rendal cline and Bill Roberts Are Aware I am Jewish and Awarded A Kosher diet (And Not Providing It) And Agree they are Able to provide. IT Document 3 Line 18 2. with people with proven Dietary NEEds. But Pick and choose who And What Denominations get then.

State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II. Continue to number your paragraphs.

2.3 Grinding of teeth from hunger Pains caused 2 broken teeth which cause constant Pain still. malnutrition continuously As I cant Get A balanced Kosher diet. constant hunger pains, weight Loss emotional stress hair Loss, complete mental break down caused by Separation from Gods.

### COUNT III

Identify the third right you believe was violated and by whom:

3.1 Religious Land Use and Institutionalized Persons Act.(RLUIPA) violated by Randal cline sGt, Bill Roberts sGt., Tammi Denney chief of corrections

State the <u>facts</u> of your third claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.

3.2 The rule, A Prison or Prison official can only substantially burden A Prisoners exercise of Religion if the Regulation is In Furtherance of A compelling government interest and the restriction is the Least restrictive means of Furthering that compelling intent. Supreme court found RLUIPA constitutional In cutter v. wilkinson, 544 US

3.3 Too P (2005) the court held that facilities that ~~except~~ Accept federal funds can not deny prisoners the necessary accommidations to engage in activities for the practise of thier own Religious beliefs. (All state correctional systems Accept Federal Funding).

3.4 AS TREU In this case Kosher Tenants Dietary Law Is centeral to Judiasm, And should Not be with held As In This case by okanagan canty Jail by Tammi Denney chief of corrections, Jl Bill Roberts SGt. and SGt. Randal cline.

3.5 This Is violating, I AN thier offical coPacity only

State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.

3.5 continues pain from 2 broken teeth caused by hunger while Grinding teeth, on constant pain medication heavy 500 mg naproxin, malnutrition. As In unable to Get A balanced Nutrious Kosher diet. wight Loss, Emotion stress, hair Loss complete mental Break down. From Sepration of God.

Page 8 of 9

## IV. RELIEF

*State exactly what you want the Court to do for you. For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief. Make no legal arguments. Cite no cases or statutes.*

PReliminary Injuction and Permanent Injunction (granting Kosher meals to milon Havlik Permanent Injunction to both male & Female detainees who practice Judiasm (1) Tank has a Female Jewish Detalnee). Relief In Individual & official co pacity, Jointly & Seperately In Amount of 35000, for violating civil Rights & Federal statue and 25,000 for physical Injury and 20,000 for Emotional Injury. In Any combination of Relief Court sees fit)

## V. SIGNATURE

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

6/10/2022
Dated

[Plaintiff's Signature]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MILAN RICHARD HAVLIK, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE,<br><br>Defendants. | NO: 2:22-CV-0096-TOR<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENT |

After review of Plaintiff's application to proceed *in forma pauperis*, **IT IS ORDERED:**

(1) Plaintiff's declaration indicates he is unable to pay the full filing fee or give security for it. Accordingly, Plaintiff's application to proceed *in forma pauperis* is **GRANTED.**

(2) Based on Plaintiff's approved application to proceed *in forma pauperis*, the Court assesses an initial partial filing fee of 20 percent of the greater of (A) the average monthly deposits to the inmate's account; or (B) the average monthly

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* --1

balance in the inmate's account for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(b)(1).

(3) The Clerk of Court is **DIRECTED** to send a copy of this Order and a copy of Plaintiff's completed Acknowledgment and Authorization to **Okanogan County Jail, Attn: Records Supervisor, 149 4th Ave North, Okanogan, WA 98840.** The agency having custody of the above-named Plaintiff shall calculate, collect and forward the initial payment assessed in this Order as soon as practicable. The agency shall assess, collect, and forward the remaining monthly payments of the fee to the District Court until the full filing fee of $350.00 has been paid for this complaint. *See* 28 U.S.C. § 1915(b)(2). Each payment should be accompanied by Plaintiff's name and the cause number for this action. Plaintiff's custodian should notify the District Court in the event Plaintiff is released from incarceration or to the Department of Corrections, or is transferred to another state facility.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward a copy to Plaintiff.

DATED June 1, 2022.



THOMAS O. RICE
United States District Judge

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* -- 2

Document 1

Sgt. Randal Cline

## OKANOGAN COUNTY CORRECTIONS FACILITY
### INMATE REQUEST FORM

1 INSTRUCTIONS: COMPLETE ONE FORM PER EACH REQUEST. THIS FORM IS DESIGNED TO COVER ALL REQUESTS
2 FROM INMATES AS WELL AS APPEALS OF DECISIONS MADE REGARDING THEIR CUSTODY.

3 INMATE'S NAME  HAVLIK , MILAN , 119864 , K .
               LAST         FIRST      IDENT #   LOCATION

4 DOB 2-14-18  CASE # _____  DATE 5/5/22  TIME 2p

5 EXPLAIN YOUR REQUEST /PROBLEM/APPEAL IN DETAIL: Please Tell
6 me the date my Grievance was denied for
7 kosher diet?
8       & What Date Appeal was denied.
9
10
11

12 RECEIVED BY: NAME  MAJ 27   DATE 06-05-22

13 ACTION TAKEN  initial denial was 2-22-22
14  Appeal to grievance on 3-17-22 Granted least restricted
15  Kosher diet
16 _____  DATE _____ OFFICER _____
17.                         6-5-22         Sgt R Cline o25

Document 2

## Okanogan County Corrections
## Grievance Screening Form

Date: 3/02/22

Inmate: Havlik, Milan #119364

Booking J22-000096

---

YOUR Grievance is being returned to you because: (see line checked below)

☐ #1. The action or decision being grieved is not a grievable issue.

☐ #2. The grievance is not within the Jail's control.

☐ #3. The issue grieved was not first addressed informally.

☐ #4. Repeat Grievance. The issue already grieved was addressed in an earlier complaint.

☐ #5. The Grievance was submitted on behalf of another Inmate.

☐ #6. The Grievance form was not filled out completely.

☐ #7. The Grievance was not filed within 30 Days of the problem.

☐ #8. The Grievance is factually incredible or clearly devoid of merit.

☐ #9. What specific relief sought is not clear.

---

If you have evidence to show that this screening decision is incorrect, you may appeal the decision to the Sheriff in writing. The appeal must be attached to your grievance.

---

Signature of Sergeant

Signature of Corrections Chief Denney

Date of Review

Date of Review: 3/02/22

Copy to Inmate / Copy to Inmate's File / Copy to Captain

Mr. Havlik this response is in reference to grievance dated 2/25/22 @ 7pm. We have no problem accommodating those requesting a proven dietary restriction, with that said the questions you were asked by Sergeant Cline are some of the questions we ask so we can validate the request. You've been in custody since 02/09/21 and mentioned nothing about a special diet at the time of booking then 10 days later you request a special diet, your answer to the question of when was the last time you practiced your religion… you stated in 2015 while in Milton Corrections, Florida. If you would like to give us more information on which facility you were in, we will look further into getting confirmation that you were on a Kosher diet. You can address a kite or letter to myself with the information on it or give it to a sergeant and we will address. As for the statement about Sergeant Cline not having a mask on, it has been addressed.

MILAN HAWK

OKANOGAN COUNTY JAIL
149 N 4TH ST
OKANOGAN, WA 98840

quadient
FIRST-CLASS MAIL
IMI
$000.93
06/10/2022 ZIP 98840
043M31229062
US POSTAGE

United States District Court
Eastern Division of Washington
— Clerk of the court —
P.o. Box, 1493
Spokane, W.A.

RECEIVED
JUN 13 2022
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON