# Declaration of Witness to Injury
## 2:22-cv-00096-TOR

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUN 21 2022
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

I Jesus Chavez while housed In Okanogan County Jail witnessed Injury to MilAN HAvliK.

I personally witnessed A Loss of 20 lbs sinse he has been housed At County Jail.

I personally witnessed During Passover March 14-28 milan Grinding And Smashing of teeth over weekss.

I personally witnessed Milan Spit out 2 broken Teeth After Involuntary Grinding motion of teeth caused by hunger Related Issues.

I withess him daily 2 Times A day Take pain medication of 500mg naproxin.

I witnessed him Reject All food trays for 2 weeks In observation of passover. And trays Not being Kosher.

I Testify that milon Havliks shows signs of malnutrition pain & Muscle joint. he complains daily. And Loss off weight showing signs of mental & Emotional troma from Seporation from God. he doesn't Get out of bed. I swear these facts To be true on June 16th 2022.

*Jesus Chavez* (signature)

Jesus Chavez