# UNITED STATES DISTRICT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MILAN RICHARD HAVLIK Jr<br>Plaintiff,<br><br>v.<br><br>BILL ROBERTS,<br>TAMMI DENNEY<br>and RANDAL CLINE<br><br><br>Defendant, | AMENDED<br>NO: 2:22-CV-00096-TOR<br><br>Declaration<br>of<br>physical<br>Injury |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUN 21 2022
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

This is a declaration of fact. With a Exhibit (A) Line 4-8 To support this Declaration to the court. that Line 4-8 which says "we have A Line up of more urgent dental Problems waiting to be sEEn by dentist." That my claim of Injury I substained from hunger starting Febuary 9th 2022 That continues to And beyond this day. where Lack of Kosher Foods caused me physical Injury, by way of Grinding and mashing of Teeth and malnutrition due to Lack of balanced nutritional Kosher meals. Caused 2 molars To break completely In half. which I Am under treatment by way of Pain management

of NAPROXIN 500 mg two Times A Day A Powerful Pain Killer that can only be Gotton by Perscription by A Licensed Doctor. Unfortunatly for me As Indicated IN Exhibit A Line 4-9. Dental treatment IS months out. So Injury is complicated by daily Pain and Suffering.

I Am In hopes that the court see's through this Decloration that medical staff and Defendants As Grievances ARE All handled by Defendants. under color of Law and In there official and Indivual copacity. Are Aware of and Know that I Substained physical Injury by way of Dental trama and continueing pain from daily incidents of Sharp pains and throbbing. As Grievances Are Reviewed/ Answered from Three defendants. They Are Aware I am under pain managment for Injury Involved In violations of my First Amendments & 14 amendment. Freedome of Religion and Exercising of my faith. which violates the constitution. I Also forwarded A copy of this declaration to be placed In my C-file by way of Staff & Institutional mail. As Further notice that I Substained physical Injury that Effects continue. As well As continueing violations of my Civil Rights And My Ability to Exercise my Religion As Kosher Is central to my beliefs. As Illegal Actions. I Declare under Pentalty of Purjury that the Forgoing Is true and Correct. on June 15, 2000

MILAN HAVLIK

N.O. Amended
2:22-cv-00096-TOR

Exhibit A

## OKANOGAN COUNTY JAIL
## IN-HOUSE GRIEVANCE FORM

NAME: M. IAN HAVLIK         ID#: 119364

CELL BLOCK: K               TODAYS DATE: 6/8/22

This form shall be used only for grievances, complaints or problems you are experiencing. Your grievance must be detailed and complete.

Grievance: Taking Pain medication for 2 broken teeth _____ Dentist Emergency _____ _____ mouth

(If you need more space, use back of form)

Inmate's Signature

Received by / Date
Mayo JB 6-9-22

Action taken to resolve: We have a lineup of more urgent dental problems waiting to see the dentists. It takes months to get in and we have no control over this. It's all about prioritizing

Grievance may be appealed to the Chief Corrections Deputy, if original response was from Chief Corrections Deputy then grievance can be appealed to Okanogan County Sheriff.

He has pain meds ordered but doesn't even take them most of the time! /BMay 6/10/22