1

2

3

Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

4

5

6

7

8

9

The Honorable Thomas O. Rice

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF WASHINGTON

12

| | |
|---|---|
| MILAN RICHARD HAVLIK, JR., <br><br> Plaintiff, <br><br> v. <br><br> BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE, <br><br> Defendants. | **NO. 42:22-cv-00096-TOR** <br><br> **DEFENDANTS' TAMMI DENNEY - BILL ROBERTS - AND RANDAL CLINE'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED PRO SE COMPLAINT AND JURY DEMAND** |

13

14

15

16

17

18

19

20

21

22

23

24

        COME  NOW,  above-named  Defendants  TAMMI  DENNEY,  BILL

ROBERTS,  and RANDAL CLINE, (hereinafter referred to as "this Defendant"),

25

by  and  through  their  attorney  of  record,  Patrick  McMahon  of  Carlson  &

26

27

McMahon, PLLC, and hereby submits their Answer to the Plaintiff's Second

28

Amended Prisoner Civil Rights Complaint.

29

30

DEFENDANT' BILL ROBERTS, TAMMI DENNEY and
RANDAL CLINE'S ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY
Page 1

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

# I.    PLAINTIFF INFORMATION

This Defendant admits the information contained in Paragraph I identified as Plaintiff Information.

# II.    DEFENDANT INFORMATION

This Defendant admits that Defendant 1 is identified as Tammi Denney. This Defendant admits that Defendant 2 is identified as Bill Roberts.  This Defendant admits that Defendant 3 is identified as Randal Cline.

# III.    STATEMENT OF CLAIM(S)

## COUNT I

1.1    This Defendant denies the allegations contained in Count I Paragraph 1.1 of Plaintiff's Second Amended Complaint.

1.2    This Defendant denies the allegations contained in Count I Paragraph 1.2 of Plaintiff's Second Amended Complaint.

1.3    This Defendant denies the allegations contained in Count I Paragraph 1.3 of Plaintiff's Second Amended Complaint.

1.4    This Defendant denies the allegations contained in Count I Paragraph 1.4 of Plaintiff's Second Amended Complaint.

1.5    This Defendant denies the allegations contained in Count I Paragraph 1.5 of Plaintiff's Second Amended Complaint.

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

1.6    This Defendant denies the allegations contained in Count I Paragraph 1.6 of Plaintiff's Second Amended Complaint.

1.7    This Defendant denies the allegations contained in Count I Paragraph 1.7 of Plaintiff's Second Amended Complaint.

1.8    This Defendant denies the allegations contained in Count I Paragraph 1.8 of Plaintiff's Second Amended Complaint.

## INJURY, HARM OR DAMAGES

This Defendant having insufficient information to either admit or deny the allegations pertaining to Plaintiff's injury, harm, or damages, denies the same in their entirety.

## COUNT II

2.1    This Defendant denies the allegations contained in Count II Paragraph 2.1 of Plaintiff's Second Amended Complaint.

2.2    This Defendant denies the allegations contained in Count II Paragraph 2.2 of Plaintiff's Second Amended Complaint.

2.3    This Defendant denies the allegations contained in Count II Paragraph 2.3 of Plaintiff's Second Amended Complaint.

2.4    This Defendant denies the allegations contained in Count II Paragraph 2.4 of Plaintiff's Second Amended Complaint.

DEFENDANT' BILL ROBERTS, TAMMI DENNEY and
RANDAL CLINE'S ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY
Page 3

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

1
2
3
4

## **INJURY, HARM OR DAMAGES**

5

6    This Defendant having insufficient information to either admit or deny the

7    injury, harm, or damages set forth in this section, denies the same in their entirety.

8
9

## **COUNT III**

10    3.1    This Defendant denies the allegations contained in Count III

11

12    Paragraph 3.1 of Plaintiff's Second Amended Complaint.

13    3.2    This Defendant denies the allegations contained in Count III

14

15    Paragraph 3.2 of Plaintiff's Second Amended Complaint.

16

## **INJURY, HARM OR DAMAGES**

17

18    This Defendant having insufficient information to eithe4r admit or deny the

19

20    injury, harm, or damages claimed by Plaintiff, hereby denies the same in their

21    entirety.

22

## **IV.  RELIEF**

23

24    This Defendant specifically denies that the Plaintiff is entitled to relief as

25

26    prayed for in this section.

27

28    By way of further answer and affirmative defenses, this Defendant alleges

29    the following:

30

DEFENDANT' BILL ROBERTS, TAMMI DENNEY and
RANDAL CLINE'S ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY
Page 4

## <u>AFFIRMATIVE DEFENSES</u>

### I.

As a First Affirmative Defense, this Defendant alleges that Plaintiff fails to state a claim upon which relief may be granted.

### II.

As a Second Affirmative Defense, this Defendant alleges all identified Defendants in Plaintiff's Second Amended Complaint are protected from liability pursuant to the doctrine of qualified immunity.

### III.

As a Third Affirmative Defense, all actions taken by this Defendant were performed in good faith, were reasonable, and in compliance with procedures and protocol.

### IV.

As a Fourth Affirmative Defense, this Defendant alleges that the Plaintiff assumed the risk of harm.

### V.

As a Fifth Affirmative Defense, to the extent the Plaintiff has failed to mitigate his damages, any recovery should be reduced accordingly.

DEFENDANT' BILL ROBERTS, TAMMI DENNEY and
RANDAL CLINE'S ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY
Page 5

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

**VI.**

As a Sixth Affirmative Defense, this Defendant specifically reserves the right to add affirmative defenses, empty chair defendants, counterclaims, cross-claims, and third-party claims as they become known through the process of discovery.

**<u>JURY DEMAND</u>**

This Defendant hereby requests that this case be tried before a jury pursuant to FRCP 38.

WHEREFORE, this Defendant having fully answered the Plaintiff's Second Amended Complaint and prays that the same be dismissed with prejudice and that this Defendant have and recover costs expended herein, and that the Plaintiff take and recover nothing.

RESPECTFULLY SUBMITTED THIS 15th day of September, 2022.

CARLSON & McMAHON, PLLC

By ___/s/ Patrick McMahon_____
      PATRICK MCMAHON, WSBA #18809
      Attorney for Defendants

      715 Washington Street
      P.O. Box 2965
      Wenatchee, WA  98807-2965
      509-662-6131
      509-663-0679 Facsimile
      patm@carlson-mcmahon.org

WCRP05-002538\PLE ANSWER-091522

DEFENDANT' BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE'S ANSWERS AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY
Page 6

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

1

2
## CERTIFICATION OF SERVICE

3

4      I declare under penalty of perjury under the laws of the State of

5   Washington that on September 15, 2022, I electronically filed the foregoing with

6   the Clerk of the Court for the United States District Court for the Eastern District

7   of Washington using the CM/ECF system which will send notification of such

8   filing to:

9

10
    And I certify that I have mailed by United States Postal Service the foregoing to

11  the following non CM/ECF participants:

12

13
                          Milan Richard Havlik, Jr., 119364

14                             Okanogan County Jail
                              149 N. 4th Avenue

15                           Okanogan, WA  98840

16

17

18      Signed at Wenatchee, Washington on September 15, 2022.

19

20                    _____/s/_____Patrick McMahon_____
                      PATRICK MCMAHON, WSBA #18809

21

22

23

24

25

26

27

28

29

30

DEFENDANT' BILL ROBERTS, TAMMI DENNEY and
RANDAL CLINE'S ANSWERS AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY
Page 7

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679