Patrick McMahon, WSBA #18809
Attorney for Defendants
Carlson & McMahon, PLLC
715 Washington Street
P.O. Box 2965
Wenatchee, WA  98807-2965
509-662-6131
509-663-0679 Facsimile
patm@carlson-mcmahon.org

The Honorable Thomas O. Rice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MILAN RICHARD HAVLIK, JR., <br><br>    Plaintiff, <br><br>  v. <br><br> BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE, <br><br>    Defendants. | NO. 2:22-cv-00096-TOR <br><br> **DEFENDANTS TAMMI DENNEY - BILL ROBERTS - AND RANDAL CLINE'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF NO. 41)** <br><br> <u>Noted for Hearing On:</u> <br> **November 14, 2022** <br> **Without Oral Argument** |

COME NOW, above-named Defendants TAMMI DENNEY, BILL ROBERTS, and RANDAL CLINE, by and through their attorney of record,

DEFENDANTS BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
Page 1

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

Patrick McMahon of Carlson & McMahon, PLLC, and hereby respectfully respond to Plaintiff's Motion for Default Judgment (ECF No. 41).

On October 13, 2022, Plaintiff filed ECF No. 41 as a Motion for Default Judgment based on the assertion that proper compliance with this Court's Order ECF No. 31, was not complied with. Attached as Exhibit No. 1 to the Declaration of Patrick McMahon is a true and accurate email from Reagan K. Schraner of the US Marshals Service indicating that any error or confusion regarding waiver of service has been remedied and the correct waivers will be filed with the Court. Moreover, the Defendants filed their Answer and Demand for Jury on September 15, 2022. (ECF No. 38). The Defendants are waiving service and the issue should now be moot and, therefore, the Plaintiff's Motion for Default Judgment should either be denied or stricken.

RESPECTFULLY SUBMITTED THIS 17th day of October, 2022.

CARLSON & McMAHON, PLLC

By   /s/ Patrick McMahon
   PATRICK MCMAHON, WSBA #18809
   Attorney for Defendants Roberts, Denney and Cline

   715 Washington Street
   P.O. Box 2965
   Wenatchee, WA  98807-2965

DEFENDANTS BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
Page 2

**Carlson & McMahon, PLLC**
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679

509-662-6131  
509-663-0679 Facsimile  
patm@carlson-mcmahon.org

WCRP05-002538\PLE RESP TO MTN FOR DEFAULT-101722

DEFENDANTS BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT  
Page 3

**Carlson & McMahon, PLLC**  
715 Washington Street  
Post Office Box 2965  
Wenatchee, WA 98807-2965  
(509) 662-6131   Fax (509) 663-0679

## CERTIFICATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on October 17, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of such filing to:

And I certify that I have mailed by United States Postal Service the foregoing to the following non CM/ECF participants:

> Milan Richard Havlik, Jr., 119364
> Okanogan County Jail
> 149 N. 4th St.
> Okanogan, WA  98840

Signed at Wenatchee, Washington on October 17, 2022.

      /s/ Patrick McMahon
PATRICK MCMAHON, WSBA #18809

DEFENDANTS BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE'S RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
Page 4

Carlson & McMahon, PLLC
715 Washington Street
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679