1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                     EASTERN DISTRICT OF WASHINGTON

7    MILAN RICHARD HAVLIK, JR.,

                                              CASE NO:  2:22-CV-0096-TOR
8                           Plaintiff,

                                              ORDER DENYING MOTION
9         v.                                  FOR DEFAULT

10   BILL ROBERTS, TAMMI DENNEY
     and RANDAL CLINE,
11
                            Defendants.
12

13        BEFORE THE COURT is Plaintiff's Motion for Default Judgment filed on

14   October 13, 2022.  ECF No. 41.  Plaintiff seeks a default against all three

15   Defendants for alleged failure to sign a waiver of service.

16        On September 15, 2022, Defendants filed their Answer to Plaintiff's

17   Complaint.  ECF No. 38.  Federal Rule of Civil Procedure 55 allows a default for

18   failure to plead or otherwise defend.

19        **Accordingly, IT IS HEREBY ORDERED:**

20        Plaintiff's Motion for Default Judgment, ECF No. 41, is **DENIED as moot**.

ORDER DENYING MOTION FOR DEFAULT – 1

1    The Clerk of Court is directed to enter this Order and forward a copy to

2    Plaintiff and Defendants' counsel.

3    DATED October 25, 2022.



THOMAS O. RICE
United States District Judge

ORDER DENYING MOTION FOR DEFAULT – 2