# UNITED STATES DISTRICT
# EASTERN District of WASHINGTON

| | |
|---|---|
| MILAN RICHARD HAVLIK, Jr.      Plaintiff, <br><br> V. <br><br> BILL ROBERTS, TAMMI DENNEY, and RANDAL CLINE.      Defendants, | NO. 2:22-CV-00096-TOR <br> MOTION FOR <br>    PRELIMINARY InJunct ION. <br>    Persaunt to Rule 65(a) of The Federal Rules of civil Proceedure <br><br> FILED IN THE <br> U.S. DISTRICT COURT <br> EASTERN DISTRICT OF WASHINGTON <br><br> NOV 17 2022 <br><br> SEAN F. McAVOY, CLERK <br> _____ DEPUTY <br> SPOKANE, WASHINGTON |

UPON The Complaint. The Supporting DECLARATIONS AND DECLARATIONs of INJURY disclosed IN My 26(a) Intitial Disclosures. AND Supporting ARGUEMENT. Plaintiff MOVES For A PRELIMINARY INJUNCTION. ENJoining The Defendants, BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE. Their Successors IN OFFICE, AGENTS and EMployee's and all other Persons, Acting In Concert and participation with them IN A ORTho DoX Kosher RELIGIOUS DIET. FoR Plaintiff IN This Action.

    PLAINTIFF ASKs DEFENDANTS BE compelled To Serve him A TV style Kosher MEALS. AS He will Suffer IRREParable HARM IN The ABSENCE OF PRELIMINARY RELIEF.

## 2:22-CV-00096-TOR

Plaintiff IN Support ConTENDS ThAT
REQUIRING A believer to defile himself
by doing something that is completely for-
bidden by Judiasm (my Religion) IS Different
from (And more serious then) Curtailing Various
WAYs of expressing beliefs For which Alter-
natives ARE NOT EVEN AVAILABIE. AS There
ARE NO Religious Services or Religious MAterial
AVAILABle AT All OF ANY KIND.

PlainTIFF AlSo ARGUE'S Religious HoIidaY
MEALS HAVE HISTORICALLY BEEN Served
AND HAVE No REASON TO Believe TheY WonT
This 2022 holiday Season , Encluding
ThANKs GIVING, AND CHRISMAS DINNER
MEALS. AND Gifts. While I AM NOT
AGAINST THEse CHRISTIAN HoLIdAY
Selebration. festivals.

Plaintiff wishs To celebrate His
Religion (Judaism) As well. AS CoNtinued
Denial IS CauSING IRREVOCAbIE HARM

2:22-CV-00096-TOR

BY SEPERATION of God occuring.
BEING Able to STAND holy before the Lord
GOD promotes A GENERAL WELL binG that
Can NoT be Accomplished with out Fallowing
KashRuth TeneT. which IS Central Doctrine
of Judaism AND ITS Beliefs.

Plaintiff contends that suppling one detainee
A T.V. STyle Kosher T.V. Dinner Would Amount
To Little To NO IMPAcT with Costs 3.81 - 5 dollars
A meal coming completely Sealed AND EATeN
IN cell unit AS MEALS ARE Now.
Would Comply with Kashruth Tenet AND
For fill Kosher dietary Law.

MilAN Richard HAVlik Junior.    11/12/22
#119364

Okanogan county Jail
147 N. 4th AVE
Okanogan WA-
98840


2:22-cv-00096-ToR