FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MILAN RICHARD HAVLIK, JR., <br><br> Plaintiff, <br><br> vs. <br><br> BILL ROBERTS, TAMMI DENNEY and RANDAL CLINE, <br><br> Defendants. | NO: 2:22-CV-0096-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 69. The parties to the entry of an Order of Dismissal with Prejudice without costs or attorney fees to either party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorney fees to either party.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to the parties, and **CLOSE** the file.

DATED February 10, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2